**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,    :
    :
    v.    :    CRIMINAL ACTION NO.
    :    2:14-CR-25-RWS-JCF
LAMICHAEL JONTAVIOUS    :
LENZY,    :
    :
    Defendant.

## ORDER

This case is before the Court for consideration of the Report and Recommendation ("R&R") [67] of Magistrate Judge J. Clay Fuller. After reviewing the R&R and Defendant's objections [70] thereto, the R&R is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Withdraw his Guilty Plea and Dismiss Count 2 of the Indictment [61] is **DENIED**.

**SO ORDERED** this 10th day of March, 2016.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)