# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,          :
                                   :          CIVIL ACTION NO.
v.                                 :          2:17-CV-81-RWS-JCF
                                   :
LAMICHAEL JONTAVIOUS               :          CRIMINAL ACTION NO.
LENZY,                             :          2:14-CR-25-2-RWS-JCF
                                   :
          Defendant.               :

## ORDER

This case is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 91]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Vacate [Doc. No. 87] is DISMISSED as time-barred. A Certificate of Appealability is DENIED. The Clerk is DIRECTED to CLOSE the Civil Action.

**SO ORDERED**, this 14th day of September, 2017.

_____
**RICHARD W. STORY**
United States District Judge